# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),     :     Case No. 3:12-cr-113

 - vs -     Magistrate Judge Michael R. Merz

LAUREN MARCHIONE,

        Defendant(s).     :

## ORDER OF DISMISSAL

Upon oral motion of the Government on January 2, 2013, and confirmation from the Dayton Daily News on January 1, 2013, that Defendant is deceased, it is hereby ORDERED that the Information herein be dismissed with prejudice.

January 3, 2013

                                                    **s/ Michael R. Merz**
                                                  United States Magistrate Judge